# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MEJIA LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>ROD GODWIN, Warden,<br><br>Respondent. | Case No. 1:22-cv-00735-SKO-HC<br><br>ORDER GRANTING MOTION TO AMEND TO NAME A PROPER RESPONDENT AND DIRECTING CLERK OF COURT TO SUBSTITUTE ROD GODWIN AS RESPONDENT<br><br>[Doc. 7] |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 16, 2022, Petitioner filed a federal petition for writ of habeas corpus.  He did not name a respondent.  On June 21, 2022, the Court advised Petitioner that he had failed to name a respondent and granted him leave to amend the respondent in order to avoid dismissal of the action.  (Doc. 3.)

On July 7, 2022, Petitioner filed a motion to amend the petition.  (Doc. 5.)  Petitioner again did not name a proper respondent, and the Court granted him a second opportunity to amend the petition.  (Doc. 6.)  On August 3, 2022, Petitioner filed a motion to amend the petition.  (Doc. 7.) Petitioner requests that the Court substitute Rod Godwin, Warden of Pleasant Valley State Prison, as respondent.  The warden of a prisoner's institution of incarceration is a proper respondent, and thus Petitioner has named a proper respondent in this matter.  Rule 2 (a) of the Rules Governing § 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996); Stanley v. California

Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994).

**ORDER**

Based on the foregoing, Petitioner's motion to amend the petition is GRANTED, and the Clerk of Court is DIRECTED to substitute Rod Godwin as Respondent.

IT IS SO ORDERED.

Dated:   **August 4, 2022**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE